112

GUARANTY TRUST COMPANY OF NEW YORK, EXECUTOR
AND TRUSTEE UNDER LAST WILL AND TESTAMENT
OF MAX GOEBEL, DECEASED, PLAINTIFF-RESPOND-
ENT, v. THE FIRST NATIONAL IRON BANK OF MOR-
RISTOWN, EXECUTOR UNDER LAST WILL AND TES-
TAMENT OF CARRIE HAMMANN, DECEASED, ET ALS.,
DEFENDANTS-APPELLANTS, AND J. HOWARD Mc-
GRATH, ATTORNEY-GENERAL OF THE UNITED
STATES, ET ALS., DEFENDANTS-RESPONDENTS.

Argued October 29, 1951—Decided November 5, 1951.

114

115

118

*Mr. Alfred C. Clapp* argued the cause for the appellants (*Messrs. Hetfield & Hetfield* and *Mr. Albert H. Holland,* attorneys).

*Mr. John F. Cushman* of the New York Bar argued the cause for the respondents, J. Howard McGrath, *et als.* (*Mr. Grover C. Richman, Jr.,* and *Mr. Edward V. Ryan,* attorneys.)

*Mr. James J. Langan* argued the cause for the plaintiff-respondent (*Messrs. Markley & Broadhurst,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Stanton.

*For affirmance*—Chief Justice VANDERBILT and Justices OLIPHANT, WACHENFELD and ACKERSON—4.

*For reversal*—Justices CASE and BURLING—2.